UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-9069 FMO (JCGx) | Date | October 8, 2014 |
|---|---|---|---|
| Title | Joseph Odish, et al. v. Cognitive Code Corp., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     (In Chambers) Order to Show Cause Re: Sanctions

On June 24, 2014, the court issued an order setting September 30, 2014 as the deadline to file Witness Declarations for the evidentiary hearing. (See Order Continuing Evidentiary Hearing at 1-2). In their witness list, co-plaintiffs Joseph Odish ("Odish") and Cranbrook Capital Consulting Group, LLC (collectively, "plaintiffs") identify Odish and Daniel Hoffiz as witnesses. (See Joint Witness List for Hearing re: Order to Show Cause Why Terminating Sanctions Should Not Be Imposed at 2). Plaintiffs did not file or lodge the witness declarations by the September 30 deadline. Accordingly, IT IS HEREBY ORDERED THAT, on or before **October 9, 2014 at 5:00 p.m.**, plaintiffs shall show cause, if any there be, why their claims should not be dismissed for plaintiffs' failure to prosecute this action and/or why sanctions should not be imposed for plaintiffs' failure to comply with the Court's Order of June 24, 2014. **Plaintiffs shall attempt to show such cause in writing by filing a declaration signed under penalty of perjury. Filing of the subject witness declarations shall be a satisfactory response to the Order to Show Cause. However, absent exceptional circumstances, no extensions will be granted for the filing of the subject declarations.**

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | vdr | |