# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 12-9069 FMO (JCGx)** | Date | **March 30, 2015** |
| Title | **Joseph Odish, et al. v. Cognitive Code Corporation, et al.** | | |

| | |
|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge |

| Cheryl Wynn | None | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**        **(In Chambers) Order to Show Cause Re: Lack of Prosecution**

On February 20, 2015, defendants Cognitive Code Corporation, Leslie Spring, Mimi Chen, John Chen, and Sal DiFazio (collectively, "defendants") filed a Request to Enter Default of Cranbrook Capital Consulting Group, LLC ("Cranbrook") for Failure to Retain Counsel ("Request"). Defendants sought the dismissal of Cranbrook's claims for failure to retain counsel. (See Request at 2). In addition, defendants requested default as to defendants' counterclaims against Cranbrook. (See id. at 1-2). On March 5, 2015, the court issued an order dismissing Cranbrook's claims for failure to prosecute. (See Court's Order of March 5, 2015). The court's order denied without prejudice defendants' request for default pending the filing of a motion for default judgment. (See id.). As of the filing date of this order, defendants have not filed motion for default judgment with respect to their counterclaims against Cranbrook.

Accordingly, IT IS ORDERED THAT on or before **April 6, 2015 at 5:00 p.m.**, defendants shall show cause, if any there be, why their counterclaims against Cranbrook should not be dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962) ("The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendar of the District Courts."); Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir.), cert, denied, 506 U.S. 915 (1992). The filing of a motion for default judgment shall also be considered a satisfactory responses to the Order to Show Cause.

| | | |
|---|---|---|
| | 00 : 00 | |
| | Initials of Preparer | cw |