EXHIBIT 1



| | | I am an invoice. Take me to your accounts payable department. | Page 1 of 2 |
| | | | |

**Network Deposition Services, Inc.**
1800 Century Park East • Suite 150
Los Angeles, CA 90067
Phone (310) 557-3400 • (800) 788-2021
Fax (310) 557-3555 • networkdepo.com

| | |
|---|---|
| Invoice No. | **A1410870** |
| Invoice Date | **October 29, 2014** |
| Invoice Due | **November 28, 2014** |
| Invoice Total | **4,964.21** |
| Balance Due | **4,964.21** |

Injury Law Group, P.C.
Attention: John J. Schalter, J.D., Esq.
101 West Big Beaver
14th Floor
Troy, MI 48084

Make checks payable to Network Deposition Services, Inc. • Our tax ID # is 77-0591481. • A service fee of 1.5% per month may be added to any invoice over 30 days old.

| Noticing firm | Fredman Lieberman Pearl, LLP | | | | |
|---|---|---|---|---|---|
| Noticed by | Howard S. Fredman, Esq. | Case No. | NDS Job No. | Client Matter No. | Deposition Date |
| **Deposition of** | **Joseph Odish - Volume 1** | | | | |
| Caption | Joseph Odish; John Bourbeau; and Cranbrook Capital Consulting Group, LLC, a Michigan limited liability company, Plaintiffs, vs. Cognitive Code Corporation, a Delaware corporation; Leslie Spring; Mimi Chen; John Chen; and Sal Difazio, Defendants. | CV 12-09069-FMO (JCGx) | 166415 | | 10-15-2014 |
| Description of Service | | Quantity | Units | Price | Extended |
| Transcript O+1 - Business Litigation | | 389 | Pages | 5.50 | 2,139.50 |
| Exhibit Copies | | 847 | Pages | 0.45 | 381.15 |
| Color Exhibit Copies | | 10 | Pages | 1.50 | 15.00 |
| Exhibits Bound Separately | | 6 | Volumes | 10.00 | 60.00 |
| After 5 pm | | 1.6 | Hours | 45.00 | 72.00 |
| Reporter Parking | | 1 | | | 32.00 |
| Technology and Litigation Support Package | | 1 | | 30.00 | 30.00 |
| Transcript Production, Processing and Binding | | 1 | | 40.00 | 40.00 |
| Delivery and Handling of Original Transcript | | 1 | | 80.00 | 80.00 |

NDS invoice version 3.2

Detach lower portion and return with your payment.

Payment From

Injury Law Group, P.C.
Attention: John J. Schalter, J.D., Esq.
101 West Big Beaver
14th Floor
Troy, MI 48084

Write notes or address changes below

_____
_____
_____
_____

| Invoice No. | **A1410870** |
|---|---|
| Invoice Date | October 29, 2014 |
| Late After | November 28, 2014 |
| Total Due | 4,964.21 |
| Amount Enclosed | |

Mail Payment To

Network Deposition Services, Inc.
1800 Century Park East
Suite 150
Los Angeles, CA 90067



Page 2 of 2
Invoice No.     A1410870
Invoice Date     **October 29, 2014**
Invoice Due     **November 28, 2014**
Balance Due     **4,964.21**

Network Deposition Services, Inc.
See page 1 for contact information

| Noticing firm | Fredman Lieberman Pearl, LLP | | | | |
|---|---|---|---|---|---|
| Noticed by | Howard S. Fredman, Esq. | Case No. | NDS Job No. | Client Matter No. | Deposition Date |
| **Deposition of** | **Joseph Odish - Volume 1** | | | | |
| Caption | Joseph Odish; John Bourbeau; and Cranbrook Capital Consulting Group, LLC, a Michigan limited liability company, Plaintiffs, vs. Cognitive Code Corporation, a Delaware corporation; Leslie Spring; Mimi Chen; John Chen; and Sal Difazio, Defendants. | CV 12-09069-FMO (JCGx) | 166415 | | 10-15-2014 |

| Description of Service | Quantity | Units | Price | Extended |
|---|---|---|---|---|
| Transcript video surcharge | 389 | Pages | 0.30 | 116.70 |
| Video Production and Processing | 1 | | 30.00 | 30.00 |
| Videotaped proceeding 2 hour minimum | 1 | | 295.00 | 295.00 |
| Videotaped proceeding additional hours | 7.25 | Hours | 105.00 | 761.25 |
| Videotaped proceeding overtime after 5 pm | 1.75 | Hours | 52.50 | 91.88 |
| Videographer Parking | 1 | | | 32.00 |
| Exhibit Copies | 1,485 | Pages | 0.10 | 148.50 |
|    3 sets of 495 pages each were printed on day of deposition | | | | |
| Exhibit Marking | 3 | Hours | 45.00 | 135.00 |
| Delivery and Handling of Transcript Copy | 1 | | 80.00 | 80.00 |

| Date | Description | Quantity | Units | Price | Extended |
|---|---|---|---|---|---|
| 11-29-2014 | Finance charge - 1 month | 1 | | | 68.10 |
| 12-29-2014 | Finance charge - 2 months | 1 | | | 69.12 |
| 1-29-2015 | Finance charge - 3 months | 1 | | | 70.16 |
| 2-28-2015 | Finance charge - 4 months | 1 | | | 71.21 |
| 3-28-2015 | Finance charge - 5 months | 1 | | | 72.28 |
| 4-28-2015 | Finance charge - 6 months | 1 | | | 73.36 |

# Transworld Systems                    Online Client Portal

**PERRY SMULSON -**
**393E8**

TRAINING | CONTACT US | LOGOUT

**Global Account Search:** [Name ▾] [____] [GO]    **Email your Sales Rep: LARRY EDDO**
                                                                           **(213) 365-4325**

| Account Overview | Accelerator | Profit Recovery | Collections | Marketplace | Support Center | Alerts |

Back to list

**Account Details:** Add/Edit Additional Information for Transworld Collections

| **Account:** [Edit Address / Phone] | **Start Date:** | **Contact Status:** | **Status:** | **Stop Code:** |
|---|---|---|---|---|
| Injury Law Group, P.C. | 04/30/2015 | Contact 1 | In Contacts Series | |
| John J. Schalter Esq. | | | | |
| 101 W. Big Beaver Rd. 14th Fl. | | | | |
| Troy, MI 48084 | | | | |
| US | | | | |
| (248) 841-1060 | | | | |

| **Reference #:** | **Transmittal #:** | **Type:** | **Last Update Date:** | |
|---|---|---|---|---|
| Odish v CCC Cor | 0000P29520 | Standard | 5/4/2015 | |

| **Amount Due:** | **Current Balance:** | **Service:** | **Date of Debt:** | |
|---|---|---|---|---|
| 4890.95 | 4890.95 | Diplomatic | 10/15/2014 | |

| **Profit Recovery:** (Status refreshed nightly) - | **SSN:** | **Phone:** (248) 841-1060 | | |
|---|---|---|---|---|

Update Debtor Status:

⦿ **Partial Payment Received** ( Process will continue )
   * Payment Amount: [_____] (Format: 999.99)    Check #: [_____] (Optional)
                                                    * Payment Type: [Other ▾]

☐ Suspend Remaining Balance (Optional - Suspends Service after applying the Partial Payment. Process will stop in this case.)

---

○ Reduce Balance By: [_____] (Format: 999.99)

(Use this option to reduce the balance due for any non-payment related adjustments.)

---

○ Increase Balance By: [_____] (Format: 999.99)

---

○ Stop Service [Paid in full ▾] (Paid in Full / Bankruptcy or Cancel)

---

○ Cancel Accelerator service and assign to Profit Recovery

---

○ Cancel Accelerator service and assign to Transworld Collections

---

○ Suspend Service

Date: Mon, 1-26-2015 at 5:54 PM

By: Sharon Yossefi, Esq.

Type: Dispatched email to

Companies: Injury Law Group, P.C.

Subject: A1410870

Details: Email to JosephOdish@gmail.com

Hi Joseph,

Please let this confirm our conversation scheduling your payment plan.

$500 check to be received in our office by February 5th.

4 equal monthly payments thereafter to be paid on the 26th of each month of $1044.30

Best regards,

# Transworld Systems

**Online Client Portal**

PERRY SMULSON - 393E8

TRAINING | CONTACT US | LOGOUT

**Global Account Search:** [Name ▼] [_____] [GO]

**Email your Sales Rep:** LARRY EDDO
(213) 365-4325

| Account Overview | Accelerator | Profit Recovery | Collections | Marketplace | Support Center | Alerts |

Back to list

Account Details: Add/Edit Additional Information for Transworld Collections

| Account: [Edit Address / Phone] | Start Date: | Contact Status: | Status: | Stop Code: |
|---|---|---|---|---|
| Odish & Associates, PLLC<br>Joseph G. Odish Esq.<br>39341 Fulton Ct. Suite 100<br>Farmington, MI 48331<br>US<br>(313) 799-2734 | 04/30/2015 | Contact 1 | In Contacts Series | |
| **Reference #:**<br>Odish matter | **Transmittal #:**<br>0000053629 | **Type:**<br>Standard | **Last Update Date:**<br>5/4/2015 | |
| **Amount Due:**<br>4890.95 | **Current Balance:**<br>4890.95 | **Service:**<br>Diplomatic | **Date of Debt:**<br>10/15/2014 | |
| **Profit Recovery:**<br>( Status refreshed nightly)<br>- | **SSN:** | **Phone:**<br>(313) 799-2734 | | |

Update Debtor Status:

◉ **Partial Payment Received** ( Process will continue )
* Payment Amount: [_____] (Format: 999.99)   Check #: [_____] (Optional)
* Payment Type: [Other ▼]

☐ Suspend Remaining Balance (Optional - Suspends Service after applying the Partial Payment. Process will stop in this case.)

○ Reduce Balance By: [_____] (Format: 999.99)

(Use this option to reduce the balance due for any non-payment related adjustments.)

○ Increase Balance By: [_____] (Format: 999.99)

○ Stop Service [Paid in full ▼] (Paid in Full / Bankruptcy or Cancel)

○ Cancel Accelerator service and assign to Profit Recovery

○ Cancel Accelerator service and assign to Transworld Collections

○ Suspend Service