JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ODISH, et al., | Case No. CV 12-9069 FMO (JCGx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| COGNITIVE CODE CORP., et al., | |
| Defendants. | |

    Pursuant to the court's order granting defendants' motion for summary judgment, IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 27th day of May, 2015

/s/
Fernando M. Olguin
United States District Judge