**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 22 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH G. ODISH, <br><br> Plaintiff, <br><br> and <br><br> JOHN BOURBEAU, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> COGNITIVE CODE CORPORATION, a Delaware corporation; et al., <br><br> Defendants - Appellees. | No. 15-55950 <br><br> D.C. No. 2:12-cv-09069-FMO-JCG <br> Central District of California, Los Angeles <br><br><br> ORDER |
| JOSEPH G. ODISH and CRANBROOK CAPITAL CONSULTING GROUP, LLC, a Michigan limited liability company, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> COGNITIVE CODE CORPORATION, a Delaware corporation; et al., <br><br> Defendants - Appellees. | No. 15-56086 <br><br> D.C. No. 2:12-cv-09069-FMO-JCG <br> Central District of California, Los Angeles <br><br><br> ORDER |

ELF/MOATT

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's July 15, 2015 response to this court's July 6, 2015 order reflects that the district court has denied the post-judgment motion. An amended notice of appeal has not been filed. Accordingly, briefing resumes on the previously noticed appeal.

Appeal Nos. 15-55950 and 15-56086 both appeal from the same district court action. Accordingly, the court sua sponte consolidates these appeals. Appeal Nos. 15-55950 and 15-56086 are consolidated.

The following briefing schedule shall govern these consolidated appeals: the opening briefs and excerpts of record are due January 13, 2016; the consolidated answering briefs are due February 12, 2016; and the optional reply briefs are due within 14 days after service of the answering brief.

All parties on a side are encouraged to join in a single brief to the greatest extent practicable. *See* 9th Cir. R. 28-4.