HOWARD S FREDMAN, ESQ. (State Bar No. 046249)
E-mail: hsflawyer@aol.com
**FREDMAN | LIEBERMAN| PEARL, LLP**
1875 Century Park East, Suite 2230
Los Angeles, CA 90067
Tel: 310/226-6796 Fax: 310/226-6797

Attorneys for Defendant and Counterclaimant
Cognitive Code Corporation, and Defendants
Leslie Spring, Mimi Chen, John Chen, and Sal DiFazio

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ODISH; JOHN BOURBEAU; and CRANBROOK CAPITAL CONSULTING GROUP, LLC, a Michigan limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>COGNITIVE CODE CORPORATION, a Delaware corporation; LESLIE SPRING; MIMI CHEN; JOHN CHEN; and SAL DIFAZIO,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | **Case No. 12-cv-09069-FMO (JCGx)**<br><br>**Hon. Fernando M. Olguin**<br><br>**NO HEARING REQUESTED**<br><br>**ORDER RE: STIPULATION [305] DISMISSING ACTION BY, AND COUNTERCLAIM AGAINST, BOURBEAU WITH PREJUDICE**<br><br>**Complaint Filed: October 22, 2012**<br>**Trial Date: November 14, 2017** |

For good cause shown,

IT IS HEREBY ORDERED that the above-captioned action by Plaintiff John Bourbeau against all Defendants and the related Counterclaim by Counterclaimant Cognitive Code Corporation against John Bourbeau, be and hereby are dismissed

/ / /

/ / /

-1-

*Order Dismissing Action By, and Counterclaim Against, Bourbeau with Prejudice*

with prejudice pursuant to FRCP 41(a)(2), with each party to bear his, her or its own fees and costs.

Dated: October 18, 2017

_____/s/_____
Hon. Fernando M. Olguin
United States District Court Judge

*Order Dismissing Action By, and Counterclaim Against, Bourbeau with Prejudice*